**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**


WILLIE COLEMAN                                                                      PLAINTIFF


V.                                      3:09CV00067 JMM/JTR


RICHARD BUSBY,
Sheriff of Crittenden County, et al.                                          DEFENDANTS


**JUDGMENT**

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED,

WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's

July 21, 2009 Order.   Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in*

*forma pauperis* appeal taken from this Judgment and the accompanying Order of Dismissal would

not be taken in good faith.

DATED this 21st day of September, 2009.


_____
UNITED STATES DISTRICT JUDGE